| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No.: 20-17390 |
|---|---|
| Caption in Compliance with D.N.J.LBR 9004-l(b)<br><br>Rhonda E. Greenblatt, Esq.<br>Attorney at Law<br>Central Park East<br>222 New Road, Suite 302<br>Linwood, NJ 08221<br>(609) 927-9227 (Phone)<br>(609) 927-9233 (Fax)<br>greenblattlawfirm@gmail.com | Chapter 13<br><br>Adv. No.:<br><br>Hearing Date: 12/15/2020<br><br>Judge:<br>ALTENBURG, JR, |
| In Re: JOHANNA KENSKY, DEBTOR | |

## CERTIFICATION OF SERVICE

I, Rhonda E. Greenblatt, Esq.

    [ x ] represent ___the Debtor_____ in this matter.

    [ ] am the secretary/paralegal for Rhonda E. Greenblatt, Esq., who represents
_____ in this matter.

    [ ] am the _____ in this case and am representing myself.

2. On 12/8/2020 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CROSS- MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF JAMES FIFTH, CERTIFICATION OF LOUIS MCFADDEN AND PROOF OF SERVICE

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/8/2020

RHONDA E. GREENBLATT, ESQ.
Attorney for the Debtor

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa,<br>Standing Chapter 13 Trustee<br>535 Rt. 38, Ste. 580<br>Cherry Hill, NJ 08002 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other __NEF__<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| U.S. Trustee<br>Office of the U.S. Trustee<br>One Newark Center, Ste. 1401<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other __NEF__<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Stewart A. Weingrad, Esq.<br>Bezark Lerner & Devvirgilis, P.C.<br>Ste. 1610<br>1600 Market Street<br>Philadelphia, PA 19103 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other __NEF__<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |